IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PLUMBERS LOCAL UNION NO. 16 HEALTH AND WELFARE FUND, By Their Trustees, PLUMBERS LOCAL UNION NO. 16 PENSION FUND, By Their Trustees, PLUMBERS LOCAL UNION NO. 16 JOURNEYMEN AND APPRENTICESHIP TRAINING FUND, By Their Trustees, and PLUMBERS LOCAL UNION NO. 16 VACATION FUND, By Their Trustees,** | CASE NO: 8:08CV458 |
| **Plaintiffs,** | |
| v. | FINAL JUDGMENT BY DEFAULT |
| **J.W. GREENWOOD PLUMBING, INC.,** | |
| **Defendant.** | |

This matter is before the Court on the Plaintiff's Status Report (Filing No. 18). On February 5, 2009, this Court granted the Plaintiffs' Motion for Default Judgment (Filing No. 15) and ordered the Defendant to produce all its books and records for inspection and audit by a certified public accountant designated by the Plaintiffs, for the purpose of determining the precise additional amount, if any, due and owing the Plaintiffs. (Filing No. 17). In their Status Report, the Plaintiffs now report that the Defendant has failed to produce its books and records for inspection and audit. (Filing No. 18 at ¶ 4). The Plaintiffs state, however, that they "do not believe a further audit of Defendant's books and records will reveal any additional amounts due and owing to Plaintiffs." (Filing No. 18 at ¶ 5).

Accordingly, the Court finds that Defendant owes no additional amount to Plaintiffs, and thus the Court awards the Plaintiffs the original $36,638.53 they requested in their Motion for Default Judgment. (Filing No. 15).

IT IS ORDERED: Final Judgment by default is hereby entered in favor of the Plaintiffs and against the Defendant in the amount of $36,638.53.

DATED this 15th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Court